# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MAHMOUD ALILI,  
    Plaintiff,

vs.

MANTIS FUNDING, LLC,  
    Defendant.

Case No. 1:24-cv-400  
Dlott, J.  
Litkovitz, M.J.

**REPORT AND RECOMMENDATION**

Plaintiff, Mahmoud Alili, proceeding pro se, brings this action against defendant Mantis Funding, LLC (Mantis) alleging violations of the Fair Credit Reporting Act 15 U.S.C. § 1681 et seq. (Doc. 1). On September 9, 2024, defendant filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 8(a)(2). (Doc. 4). The Court sent plaintiff a notice on September 10, 2024, advising plaintiff that his failure to file a response to the motion within 21 days of the date of service may warrant dismissal of his case under Fed. R. Civ. P. 41(b) for failure to prosecute. (Doc. 5). Plaintiff did not file a memorandum in response to defendant's motion to dismiss, nor did plaintiff file any motions requesting to extend the response deadline.

On October 17, 2024, the Court issued an Order to plaintiff to show cause, in writing and before November 4, 2024, why the Court should not dismiss this case pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. (Doc. 6). The Order notified plaintiff that failure to comply with the terms of the Order could result in a recommendation to the District Judge that this action be dismissed. (*Id.*). To date, plaintiff has not filed a response to the Order to Show Cause.

"Federal courts possess certain 'inherent powers . . . to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.'" *Goodyear Tire & Rubber Co. v. Haeger*, 581 U.S. 101, 107 (2017) (quoting *Link v. Wabash R.R.*, 370 U.S. 626, 630-31 (1962)). Plaintiff's failure to respond to the Order to Show Cause (Doc. 6) warrants

exercise of the Court's inherent power and dismissal of this case pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute this matter. *See Link*, 370 U.S. at 630-31; *Jourdan v. Jabe*, 951 F.2d 108, 109-10 (6th Cir. 1991).

**IT IS THEREFORE RECOMMENDED THAT:**

1. This case be **DISMISSED** with prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

Date: 11/6/2024

Karen L. Litkovitz
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MAHMOUD ALILI,　　　　　　　　　　　　　Case No. 1:24-cv-400
　　　　Plaintiff,　　　　　　　　　　　　　　　　Dlott, J.
　　　　　　　　　　　　　　　　　　　　　　　　Litkovitz, M.J.
　　vs.

MANTIS FUNDING, LLC,
　　　　Defendant.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).