IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Mahmoud Alili, | : | Case No. 1:24-cv-400 |
| Plaintiff, | : : : | Judge Susan J. Dlott |
| v. | : : | |
| Mantis Funding, LLC, | : : | Order Adopting Report and Recommendation |
| Defendant. | : | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation to dismiss this action for failure to prosecute. (Doc. 7.) As detailed in her Report and Recommendation, Plaintiff Mahmoud Alili, proceeding pro se, filed this action on July 29, 2024 alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (Doc. 1.) Defendant Mantis Funding LLC moved to dismiss this action on September 9, 2024 pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8(a)(2). (Doc. 4.) The following day, the Court sent a Notice to Plaintiff of the Motion to Dismiss and that failure to file a Response within 21 days of service may warrant dismissal of the case under Federal Rule of Civil Procedure 41(b) for failure to prosecute. (Doc. 5.) Plaintiff did not file a Response or request an extension of time to respond.

On October 17, 2024, the Magistrate Judge issued an Order to Show Cause advising Plaintiff to show cause in writing and before November 4, 2024 as to why the Court should not dismiss the case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 6.) The Order notified Plaintiff that failure to comply with the terms of the Order could result in a recommendation that the case be dismissed. Plaintiff did not respond to the Order to

1

Show Cause. On November 6, 2024, the Magistrate Judge recommended that this action be dismissed for failure to prosecute. (Doc. 7.)

Plaintiff has not filed Objections to the Magistrate Judge's Report and Recommendation or in any way attempted to further prosecute this action. The district court has the inherent power to manage its docket and dismiss civil actions for want of prosecution. *Link v. Wabash R.R*, 370 U.S. 626, 630–33 (1962); *Jourdan v. Jabe*, 951 F.2d 108, 109–10 (6th Cir. 1991) (Federal Rule of Civil Procedure 41(b) recognizes the power of the district court to enter a *sua sponte* order of dismissal). Accordingly, the Court will **ADOPT** the Report and Recommendation and **DISMISS** this action for failure to prosecute.

**IT IS SO ORDERED.**

BY THE COURT:

*Susan J. Dlott*
Susan J. Dlott
United States District Judge